# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

LHC GROUP, INC.                     )
                                    )   Case No: 4:21-CV-3877-HSG
            Plaintiff(s),           )
                                    )   **APPLICATION FOR**
    v.                              )   **ADMISSION OF ATTORNEY**
                                    )   **PRO HAC VICE**; ORDER
BAYER CORP. et. al.                 )   (CIVIL LOCAL RULE 11-3)
                                    )
            Defendant(s).           )

I, __Martin Bienstock__, an active member in good standing of the bar of __U.S. Dist. Ct. of Maryland__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: __LHC GROUP, INC.__ in the above-entitled action. My local co-counsel in this case is __Jessica A. Schaps__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1629 K St. NW, Ste 300, Washington, DC 20036 | 816 H St., Ste 200, Sacramento, CA 95814 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 908-6601 | (540) 819-6071 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| MBienstock@bienstockpllc.com | Schapslaw@gmail.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __20910__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute **Resolution Local** Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/15/21

_____
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Martin Bienstock__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/22/2021

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# Certificate of Good Standing



## UNITED STATES DISTRICT COURT

## DISTRICT OF MARYLAND

I, Catherine M. Stavlas, Clerk of the United States District Court for the District of Maryland, certify that Martin Bienstock, Bar No. 20910, was duly admitted to practice in this Court on 5/24/2019, and is in good standing as a member of the Bar of this Court.

Date: <u>6/7/2021</u>                                                                                   <u>D. McLain</u>
                                                                                                                    Deputy Clerk

*This Certificate is valid for 90 days from the date issued.*