| | |
|---|---|
| LHC GROUP, INC., Administrator of the LHC Group Benefit Plan, on behalf of the Plan and as subrogee,<br><br>Plaintiff,<br><br>vs.<br><br>BAYER CORP.; BAYER HEALTHCARE LLC; BAYER ESSURE INC. (F/K/A CONCEPTUS, INC.); BAYER HEALTHCARE PHARMACEUTICALS, INC.; and DOES 1through 10, inclusive,<br><br>Defendants. | **Case No.: 4:21-CV-3877**<br><br><br>**ORDER GRANTING JOINT STIPULATION FOR STAY OF DISCOVERY AND EXTENDING TIME ON MOTION TO DISMISS AND MOTION TO REMAND** |

The Court, having reviewed the Parties' Joint Stipulation for Stay of Discovery and Extending Time on Motion to Dismiss and Motion to Remand, and good cause appearing therefore, hereby enters the following Order.

All discovery is hereby **STAYED** pending further Order of the Court, and the following scheduling Order shall govern the pending Motion to Remand [and Motion to Dismiss, provided that the Court does not enter a separate Order adjourning the Motion to Dismiss until after a determination on the Motion to Remand]:

| Motion to Dismiss | Motion to Remand |
|---|---|
| • Opposition: July 28, 2021 | • Opposition: July 28, 2021 |
| • Reply: August 18, 2021 | • Reply: August 18, 2021 |
| • Argument: September 9, 2021 | • Argument: September 9, 2021 |

**PURSUANT TO STIPULATION, IT IS
SO ORDERED.**


Dated: 6/30/2021

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge