# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LHC Group, Inc.<br><br>　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>Bayer Corp., et al.<br><br>　　　　　　　　Defendant(s). | Case No: 4:21-CV-03877-HSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**<br>(CIVIL LOCAL RULE 11-3) |

　　I, Thomas J. Szivos, an active member in good standing of the bar of U.S. Dist. Ct. for SDNY, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendants Bayer Corp.; Bayer Healthcare LLC; Bayer Essure Inc. (f/k/a Conceptus, Inc.); and Bayer Healthcare Pharmaceuticals, Inc. in the above-entitled action. My local co-counsel in this case is Brooke Killian Kim, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>DLA Piper LLP (US)<br>1251 Avenue of the Americas<br>New York, NY 10020-1104 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>DLA Piper LLP (US)<br>401 B Street, Suite 1700<br>San Diego, California 92101-4297 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(212) 335-4650 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(619) 699-3439 |
| MY EMAIL ADDRESS OF RECORD:<br>thomas.szivos@us.dlapiper.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>brooke.kim@dlapiper.com |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: TS8726.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　　*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: September 3, 2021　　　　　　　　　　/s/Thomas J. Szivos
　　　　　　　　　　　　　　　　　　　　　　APPLICANT
　　　　　　　　　　　　　　　　　　　　Thomas J. Szivos

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

　　IT IS HEREBY ORDERED THAT the application of Thomas J. Szivos is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/7/2021
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　Haywood S. Gilliam, Jr.

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

　　　　THOMAS   SZIVOS　　　　, Bar #　　　TS8726　　　

was duly admitted to practice in the Court on

　　　　　　December 13, 2011　　　　　　

and is in good standing as a member of the Bar of this Court

Dated at　　500 Pearl St.　　　　　　On　　　September 3, 2021　　
　　　　　New York, New York

　　Ruby J. Krajick　　　　　　By　　s/ V. Bart　　
　　Clerk of Court　　　　　　　　　Deputy Clerk