UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LHC GROUP, INC., Administrator of the LHC Group Benefit Plan, on behalf of the Plan and as subrogee,<br><br>Plaintiff,<br><br>vs.<br><br>BAYER CORP.; BAYER HEALTHCARE LLC; BAYER ESSURE INC. (F/K/A CONCEPTUS, INC.); BAYER HEALTHCARE PHARMACEUTICALS, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 4:21-CV-3877 |

## ORDER

By minute order entered on September 9, 2021, as Docket Entry No. 38, the Court directed the parties to meet and confer and e-file within one week from that date (September 16th) a joint statement regarding whether there is a mechanism to have the Ninth Circuit immediately review a remand order or denial of a motion to remand. The parties have submitted a joint stipulation requesting that that deadline be extended by one day.

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:**

The deadline for submitting a joint statement under Docket Entry No. 38 is extended to September 17, 2021.

**IT IS SO ORDERED.**

Dated: 9/15/2021

Honorable Haywood S. Gilliam, Jr.
United States District Judge